# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2441

_____

Vincent M. Ventimiglia,                     *
                                            *
          Appellant,                        *
                                            *
     v.                                     *   Appeal from the United States
                                            *   District Court for the
Anthony Twist; City of Arnold, MO;          *   Eastern District of Missouri.
Robert T. Shockey; Karen Olejniczak;        *
Paul D'Agrosa,                              *        [UNPUBLISHED]
                                            *
          Appellees.                        *

_____

Submitted: April 25, 2005
Filed: May 5, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

        Vincent M. Ventimiglia appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

        [1] The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.